LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Fax: (907) 278-8571

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 27 AM 10: 44

Attorney for Sabrena Vitcovich

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>SABRENA MARIE VITCOVICH, )<br>)<br>Defendant. )<br>_____ ) | Case No. J05-004 CR (HRH) |

## MOTION FOR TEMPORARY
## MODIFICATION OF CONDITIONS OF RELEASE

Defendant Sabrena Vitcovich, by and through her attorney D. Scott Dattan, moves for an order to allow her to travel from Ketchikan to Anchorage for imposition of sentence, without her designated third party custodian.

Ms. Vitcovich has been at home in Ketchikan recuperating from surgery, in the custody of her mother, Ruth Droke. The family is not well off and can ill afford the cost of airfare for both herself (one-way) and her mother (round-trip). Therefore she requests permission to travel unaccompanied – as she did to the hearing for her proposed change of plea in October.

Page 1 of 2
**USA v VITCOVICH; J05-004CR (JWS)**
Motion for Temporary Modification of Conditions of Release

156

Undersigned counsel has contacted Probation/Pretrial Services Officer Liedike regarding this motion, who indicated he does not oppose this request.

DATED this 27th day of December, 2005.

>LAW OFFICE OF D. SCOTT DATTAN
>Attorney for Defendant
>Sabrena M. Vitcovich
>
>By: *[signature]*
>D. Scott Dattan
>Alaska Bar No. 8411111

**CERTIFICATE OF SERVICE**
I hereby certify that true and correct copies of the foregoing MOTION FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE was HAND DELIVERED to:

James Goeke
Assistant U.S. Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567

and

Chris Liedike
US Probation/Pretrial Services Office
222 W. 7th Avenue #48 Room 168
Anchorage 99513-7562

this 27th day of December, 2005.

*[signature]*
Patty Smith