LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Fax: (907) 278-8571

Attorney for Sabrena Vitcovich

LODGED
DEC 2 7 2005

FILED
DEC 3 0 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| SABRENA MARIE VITCOVICH, | ) ) ) |
| Defendant. | ) ) |
| | ) Case No. J05-004 CR (HRH) |

### ORDER

Defendant's conditions of release are hereby temporarily modified to allow her to travel to Anchorage from Ketchikan, unaccompanied by her third party custodian, in order to be present for imposition of sentence on January 9, 2006.

DATED: 12-30-05

_____
H. Russel Holland
United States District Judge

12/30/05 t/c notice: J. Goeke, S. Dattan, USPo

J05-0004--CR (HRH)   12/30/05
------------------------------
✓ D. DATTAN (DATTAN)
✓ J. GOEKE (US-ATTY)          ✓ US PROBATION
✓ US MARSHAL

159